## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

February 1, 2006

TO:     COUNSEL

RE:     In Re Safety-Kleen Corp.
        Crescent Electric Supply Co. v. Safety-Kleen Corp., et al.
        Civil Action No. 04-1333 GMS

Dear Counsel:

Please submit a jointly prepared status report regarding the above-referenced case, via electronic case filing, by February 15, 2006.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager