IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP.,<br><br>          Debtor.<br><br>———————————————<br><br>CRESCENT ELECTRIC SUPPLY CO., UNITED VAN LINES, INC. D/B/A UNIGROUP, INC., GRIEF CONTAINERS, INC. f/d/b/a VAN LEER CONTAINERS, INC., THE INTERNATIONAL METALS RECLAMATION COMPANY, INC. a/k/a INMETCO, EQUILON ENTERPRISES LLC, CRITERION CATALYST, and NSSI/SOURCES & SERVICES, INC. and NSSI/RECOVERY SERVICES, INC., a/k/a NSSI SOURCES & SERVICES, INC.,<br><br>          Appellants,<br><br>v.<br><br>SAFETY-KLEEN CREDITOR TRUST, BY AND THROUGH OOLENOY VALLEY CONSULTING LLC, TRUSTEE,<br><br>          Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 04-1333 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF APPEAL

Crescent Electric Supply Co., United Van Lines, Inc. d/b/a Unigroup, Inc., Grief Containers, Inc. f/d/b/a Van Leer Containers, Inc., The International Metals Reclamation Company, Inc. a/k/a Inmetco, Equilon Enterprises LLC, Criterion Catalyst, and NSSI/Sources & Services, Inc. and NSSI/Recovery Services, Inc., a/k/a NSSI Sources & Services, Inc. (collectively "Appellants") and the Safety-Kleen Creditor Trust

("Appellee"), by and through undersigned counsel, hereby stipulate and agree that the above-captioned appeal is dismissed with prejudice.

Dated: February 14, 2006

Dated: February 14, 2006

MORRIS NICHOLS ARSHT & TUNNELL

By: *Donna L. Culver*
Donna L. Culver (No. 2983)
1201 Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 351-9208

Counsel for Appellee

CROSS & SIMON, LLC

By: *CPS*
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

-and-

EDWARDS & ANGELL, LLP
Selinda A. Melnik (No. 4032)
919 North Market Street
Wilmington, Delaware 19801
(302) 777-7770

-and-

FULBRIGHT & JAWORSKI LLP
Sharon M. Beausoleil-Mayer, Esq.
1301 McKinney, Suite 5011
Houston, Texas 77010-3095
(713) 651-5151

Counsel for Appellants