## CERTIFICATE OF SERVICE

I, Erica N. Finnegan, hereby certify that on February 14, 2006 I caused to be served a copy of the **Stipulation of Dismissal**, in the following manner upon all parties identified below in the manner indicated.

**VIA HAND DELIVERY**

Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Selinda A. Melnik, Esquire
Edwards & Angell, LLP
919 North Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Sharon M. Beausoleil-Mayer, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5011
Houston, TX 77010-3095

                                            /s/ Erica N. Finnegan
                                          Erica N. Finnegan (No. 3986)